```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
THE UNITED STATES OF AMERICA,
                                    Criminal Action No.
            Plaintiff,              1:21-cr-00226-CRC-1
                                    Thursday, April 1, 2021
vs.                                 2:01 p.m.

CHRISTOPHER PATRICK MOYNIHAN,

            Defendant.
- - - - - - - - - - - - - - - - x
```

_____

TRANSCRIPT OF ARRAIGNMENT AND STATUS CONFERENCE
HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

For the United States:    **JOSHUA ROTHSTEIN, ESQ.**
                          **U.S. ATTORNEY'S OFFICE**
                          500 E. Broward Blvd.
                          Ft. Lauderdale, FL 33132
                          (786) 514-9990
                          joshua.rothstein@usdoj.gov

For the Defendant:        **TONY W. MILES, ESQ.**
                          **KAISERDILLON PLLC**
                          1099 14th Street NW
                          Suite 8th Floor West
                          Washington, DC 20005
                          (202) 640-2850
                          tmiles@kaiserdillon.com

Court Reporter:           Lisa A. Moreira, RDR, CRR
                          Official Court Reporter
                          U.S. Courthouse, Room 6718
                          333 Constitution Avenue, NW
                          Washington, DC  20001
                          (202) 354-3187

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Your Honor, we're on the
 3      record for Criminal Case 21-226, United States of America
 4      vs. Christopher Patrick Moynihan.
 5              Counsel, please identify yourselves for the
 6      record.
 7              MR. ROTHSTEIN:  Good afternoon, Your Honor; Josh
 8      Rothstein on behalf of the United States standing in for
 9      AUSA Rob Juman.
10              THE COURT:  Okay.  Good afternoon, Mr. Rothstein.
11              MR. MILES:  Good afternoon, Your Honor; Tony Miles
12      for Mr. Moynihan.
13              THE COURT:  Good afternoon, Mr. Miles.  It's been
14      a while since we've seen each other.
15              MR. MILES:  It sure has.  Good to see you.
16              THE COURT:  Mr. Moynihan, I can see you.  Can you
17      see and hear me?
18              THE DEFENDANT:  Yes, I can, Your Honor.
19              THE COURT:  Okay.  Good afternoon, sir.
20              We would normally hold this proceeding here in the
21      courtroom in person, but because of the pandemic we're
22      proceeding by video.  I take it I have your consent to do
23      that?
24              THE DEFENDANT:  Yes, Your Honor.
25              THE COURT:  All right.  I know that you made an
```

1   initial appearance before one of our magistrate judges, but
2   now that the case has been formally charged through an
3   indictment, I will be the presiding judge from here on out
4   barring any unforeseen circumstances.
5           So as I'm sure Mr. Miles has explained, this is
6   your arraignment on the formal charge against you.  Before
7   we go any further, I'll have you raise your right hand, and
8   the courtroom deputy will place you under oath.
9           THE COURTROOM DEPUTY:  Thank you.
10          (Defendant sworn)
11          THE COURTROOM DEPUTY:  Please state your full name
12  for the record.
13          THE DEFENDANT:  Christopher Patrick Moynihan.
14          THE COURTROOM DEPUTY:  Thank you.
15          THE COURT:  All right.  Mr. Moynihan, have you
16  been furnished with the March 27th indictment against you?
17          THE DEFENDANT:  Yes, Your Honor.
18          THE COURT:  And you've read it, and you understand
19  the charges?
20          THE DEFENDANT:  Yes, Your Honor.
21          THE COURT:  Just a couple of questions.  How far
22  did you go in school, sir?
23          THE DEFENDANT:  A GED, Your Honor.
24          THE COURT:  All right.  And how old are you?
25          THE DEFENDANT:  30.

1    THE COURT: 30? Have you taken any drugs or
2 alcohol or prescription medication or over-the-counter
3 medication that would prevent you from understanding what's
4 going on this afternoon?
5    THE DEFENDANT: No, Your Honor.
6    THE COURT: All right. And where are you calling
7 in from?
8    THE DEFENDANT: Salt Point, New York.
9    THE COURT: Where is Salt Point, New York?
10    THE DEFENDANT: Dutchess County.
11    THE COURT: Counsel, waive reading of the
12 indictment?
13    MR. MILES: Yes, Your Honor.
14    THE COURT: And would you like to enter a plea on
15 behalf of your client?
16    MR. MILES: I do, Your Honor. Thank you.
17    On behalf of Mr. Moynihan, I enter a plea of
18 not guilty to the entire indictment. I assert all of
19 Mr. Moynihan's constitutional and statutory rights,
20 including his right to a speedy jury trial.
21    THE COURT: All right. Mr. Rothstein, where are
22 we?
23    MR. ROTHSTEIN: Your Honor, we've agreed with
24 defense counsel for a 60-day continuance and that they would
25 agree to waive speedy trial.

1      THE COURT: All right. There's been a protective
2 order entered in a number of my Capitol cases. Have you all
3 talked about that?
4      MR. ROTHSTEIN: My understanding from speaking
5 with AUSA Juman is that he provided a draft protective order
6 to defense counsel and is just waiting for his consent to
7 file that.
8      THE COURT: All right. Mr. Miles, any problems
9 with the protective order?
10      MR. MILES: Your Honor, I need to review it with
11 Mr. Moynihan.
12      THE COURT: Okay.
13      MR. MILES: Let me flag one issue, and, in fact, I
14 got an email from the Assistant U.S. Attorney today trying
15 to get some closure on this.
16      There is a provision in the protective order that
17 the Court's probably aware that both the federal defender
18 office and the U.S. Attorney's Office worked together on;
19 but after we arrived at what we understood to be a final
20 version, there is a provision that describes allowing
21 clients access to the protected material through a cloud-
22 based system where they can see it, but they would not have
23 privileges to download or to take screenshots.
24      There is a, you know, kind of misunderstanding, I
25 would say, between certain people as to what that exactly

1    means with regard to whether defense counsel needs to also
2    be present while they're reviewing these materials on the
3    cloud-based platform or whether, you know, someone from the
4    legal defense team does not need to be available.
5             You can imagine what our preference would be just
6    from a management issue.  It would be a nightmare for us to
7    have to sit there while they're reviewing that.  So I'm
8    trying to get some closure as to whether we agree on what
9    that provision means.
10            That's the main hold-up frankly.  Just so the
11   Court's -- I just wanted to alert the Court of that issue.
12            THE COURT:  Okay.  Mr. Rothstein, this may be
13   above your pay grade, but do you have a position with
14   respect to this particular case, or is this a global issue
15   that needs to be worked out?  I mean, I've got to say, we've
16   been working on this protective order for weeks now.  And,
17   you know, the inability to enter a protective order in
18   particular cases holds up the provision of discovery, and I
19   would have thought that all the wrinkles would have been
20   ironed out before now.
21            MR. ROTHSTEIN:  Your Honor, I'm not familiar
22   with -- the situation hasn't arisen in my other Capitol riot
23   cases, so I'll need to confer with Mr. Juman and then
24   probably confer with our supervisors to have a resolution.
25   But I will notify Mr. Juman that this issue was raised, if

1   he's not already aware of it.
2           THE COURT:  Okay.  I know that I've entered,
3   Mr. Miles, at least two I believe in other cases.  I'm not
4   sure if FPD -- I don't recall if FPD was the defense in
5   those cases, but this is the first time that I've heard of
6   that particular issue.
7           I will leave it for you all to work out, but
8   obviously if you need to tee it up for me, I'm happy to
9   entertain it.  But try to work it out, it seems to me, on a
10  global basis because it applies generally.  Okay?
11          All right.  60 days.  Ms. Jenkins, do you want to
12  give us a date?
13          THE COURTROOM DEPUTY:  June 4th at 10:00 a.m.?
14          THE COURT:  June 4th at 10:00 a.m., Counsel?
15          MR. ROTHSTEIN:  Yes, Your Honor.
16          MR. MILES:  Yes, Your Honor.
17          THE COURT:  All right.  And, Mr. Miles, have you
18  discussed speedy trial with your client?
19          MR. MILES:  I have, Your Honor, and he agrees that
20  it is in the interest of justice to exclude the time between
21  today and June 4th largely so we can gather discovery,
22  review discovery, and discuss possible disposition.
23          THE COURT:  Very well.  The Court will continue
24  this matter for a further status conference on June the 4th
25  at 10:00 a.m. and will exclude the time between now and then

1   from the otherwise applicable speedy trial calculations
2   in the interest of justice to enable the government to
3   produce -- and the defense to review -- the discovery in the
4   case as well as to discuss any potential nontrial
5   resolution.
6           Under the terms of the Due Process Protection Act,
7   the Court is required to instruct government counsel to
8   review and comply with its *Brady* disclosure obligations.
9   The failure to comply could result in dismissal of the
10  indictment or individual charges, exclusion of evidence, or
11  any other remedy that is just under the circumstances.
12          Mr. Moynihan, you are obviously on your own
13  recognizance pursuant to conditions of release.  I'll expect
14  you to comply with those conditions.
15          If, for some reason, that did not happen, I would
16  get a report and would be placed in the position of having
17  to decide whether to modify your conditions, including by
18  detaining you.  I don't think you want to be in that
19  position.  I don't want to be in that position either.  So
20  just make sure that you continue to comply with your
21  conditions of release.  Okay?
22          THE DEFENDANT:  Yes, Your Honor.
23          THE COURT:  All right.  Anything else, Counsel?
24          MR. MILES:  Not on behalf of the defense, Your
25  Honor.  Thank you.

1    THE COURT: All right. You all have a nice
2 Easter.
3    MR. ROTHSTEIN: Thank you.
4    MR. MILES: You too, thank you.
5    (Whereupon the hearing was
6    concluded at 2:10 p.m.)
7
8 **CERTIFICATE OF OFFICIAL COURT REPORTER**
9
10    I, LISA A. MOREIRA, RDR, CRR, do hereby
11 certify that the above and foregoing constitutes a true and
12 accurate transcript of my stenographic notes and is a full,
13 true and complete transcript of the proceedings to the best
14 of my ability.
15    **NOTE:** This hearing was held during the COVID-19
16 pandemic stay-at-home restrictions and is subject to the
17 technological limitations of court reporting remotely.
18    Dated this 7th day of April 2023.
19
20
           /s/Lisa A. Moreira, RDR, CRR
21         Official Court Reporter
           United States Courthouse
22         Room 6718
           333 Constitution Avenue, NW
23         Washington, DC 20001
24
25