# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER PATRICK MOYNIHAN, | Case No. 21-CR-226 (CRC) |
|---|---|

## AMENDED ORDER

In light of [77] the Mandate of the U.S. Court of Appeals for the District of Columbia Circuit and the Executive Order of January 20, 2025, Granting Pardons and Commutation of Sentences of Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021, the Court hereby DISMISSES this case as moot. See United States v. Schaffer, 240 F.3d 35, 37–38 (D.C. Cir. 2001) (en banc). All hearings and deadlines issued by the Court are hereby vacated. This Order does not constitute a finding of innocence. Nor does it affect the existence of probable cause for Defendant's arrest and prosecution.

SO ORDERED.

Date: April 9, 2025

CHRISTOPHER R. COOPER
United States District Judge